Otsego be reversed, and that the issues of fact be tried by a jury at a circuit in Otsego county, costs of this appeal to be paid out of the estate. The issues to be tried are as follows: Did the deceased, Ira Parish, at the time of the execution of the alleged will, December 17, 1894, have testamentary capacity? Did he execute the same voluntarily? Was he induced to execute the same by fraud or undue influence?

PENOYAR et al., Appellants, v. KELSEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) Action by William V. Penoyar and another against William E. Kelsey and another. No opinion. Order affirmed, with $10 costs and disbursements. WARD, J., not sitting.

PEOPLE, Respondent, v. THIRD NAT. BANK OF SYRACUSE et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 7, 1896.) Action by the people of the state of New York against the Third National Bank of Syracuse and others. No opinion. Judgment affirmed, without costs.

PEOPLE ex rel. CHIMIELIEWSKI, Appellant, v. ROSPLOCHOWSKI et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) Proceeding on the relation of Max Chimieliewski against John Rosplochowski and others. No opinion. Order affirmed, with $10 costs and disbursements. GREEN, J., not sitting.

PEOPLE ex rel. CLARKE v. ROOSEVELT et al. (Supreme Court, Appellate Division, First Department. April, 1896.) Certiorari by Francis J. Clarke against Theodore Roosevelt and others, as police commissioners. Proceedings affirmed, and writ dismissed, with costs.

PER CURIAM. We are all of the opinion that the evidence fully justified the board's finding of fact. We are equally clear that the relator's record could not have prejudiced him. He was justly convicted, and the proceedings should be affirmed. See 38 N. Y. Supp. 1148.

PEOPLE ex rel. DELAWARE, L. & W. R. CO., Appellant, v. CLAPP et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Proceeding on the relation of the Delaware, Lackawanna & Western Railroad Company against William H. Clapp and others, assessors, and Henry Walker, as supervisor, of the town of York, in the county of Livingston. No opinion. Judgment and order affirmed, with costs.

PEOPLE ex rel. HABERMAN et al. v. JAMES et al. (Supreme Court, Appellate Division, First Department. April, 1896.) Proceeding on the relation of Frederick Haberman and others against David H. James and others. No opinion. Motion denied. See 39 N. Y. Supp. 313.

PEOPLE ex rel. ILLINGWORTH v. COURT OF OYER AND TERMINER. (Supreme Court. Appellate Division, First Department. June 29, 1896.) Proceeding on the relation of John Illingworth against the court of oyer and terminer. John R. Fellows, Dist. Atty., for the motion. Burnett & Stayton, opposed.

PER CURIAM. Although the parties have failed to comply with the order made upon the last motion to dismiss the appeal herein, it appearing that it is impossible for them to procure copies of the papers upon which the order appealed from was granted, this motion will be denied, provided the appellant, upon notice to the district attorney, shall apply to Mr. Justice Barrett for a statement of the facts appearing before him and the questions of law involved. The appeal will then be heard upon such statement, the case to be ready for argument at the October term. Motion denied. See 36 N. Y. Supp. 1131, and 38 N. Y. Supp. 1148.
(8 App. Div. 591)

PEOPLE ex rel. MEADS, Respondent, v. ALPHA LODGE, NO. 1, OF ORDER OF KNIGHTS OF SOBRIETY, FIDELITY & INTEGRITY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Application by Chauncey P. Meads for mandamus to compel Alpha Lodge, No. 1, of the Order of the Knights of Sobriety, Fidelity, and Integrity, and its officers to restore relator to membership. John W. Hogan, for appellants. D. F. McLennan, for respondent. No opinion. Judgment affirmed, with costs, on the opinion of VANN, J., reported 13 Misc. Rep. 677, 35 N. Y. Supp. 214.

PHILLIPS, Respondent, v. DRAKEFORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Action by Edwin Phillips against William E. Drakeford. No opinion. Judgment and order affirmed, with costs.

POLHEMUS v. ALDRICH et al. (Supreme Court, Appellate Division, First Department. January 14, 1896.) No opinion. Motion denied, upon payment of $10 costs of motion for mandamus, $10 costs of motion to be relieved, and $10 costs of this motion,—in all, $30. See 37 N. Y. Supp. 1148, and 38 N. Y. Supp. 1148.

POPKIN et al. v. WM. BARR DRY-GOODS CO. (Supreme Court, Appellate Term, First Department. January 31, 1896.) No opinion. Judgment affirmed, with costs. See 34 N. Y. Supp. 454.

PRICE, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) Action by Charles L. Price against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs. FOLLETT, J., not sitting.

PURCELL, Appellant, v. ARONSON, Respondent. (Supreme Court, Appellate Term, First Department. April 30, 1896.) Action by Ruth Purcell, an infant, etc., against Rudolph Aronson. M. Strassman, for appellant. Guggenheimer, Untermeyer & Marshall, for respondent.

DALY, P. J. The plaintiff's testimony shows that she was first sent for by a Mr. Chase in